Denise Bourgeois Haley, SBN 143709
LAW OFFICES OF LAWRENCE D. ROHLFING
12631 E. Imperial Highway, Suite C-115
Santa Fe Springs, CA  90670
Ph:  562-868-5886
Fx:  562-868-5491
email:  denise_rohlfing.office@speakeasy.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEATHER JOHNSON, | Case No. 1:08cv1970 BAK (DLB) |
| Plaintiff, | ORDER GRANTING APPLICATION FOR FILING OF A LATE BRIEF |
| vs. | |
| MICHAEL J. ASTRUE, | |
| Commissioner of Social Security, | |
| Defendant | |

Plaintiff is granted leave to file her opening brief, filed concurrently herewith.

IT IS SO ORDERED.

DATE:  September 16, 2009            /s/ Dennis L. Beck
                                     United States Magistrate Judge

-1-