IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| HEATHER JOHNSON, | ) | 1:08cv1970 BAK [DLB] |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING |
| | ) | EX PARTE APPLICATION FOR |
| | ) | LEAVE TO FILE LATE REPLY |
| vs. | ) | (Document 23) |
| | ) | |
| MICHAEL J. ASTRUE, Commissioner, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

On December 10, 2009, Plaintiff filed an ex parte application for leave to file a late reply. Plaintiff also filed the reply brief. Counsel for Plaintiff indicates that she telephoned and e-mailed Defendant's attorney regarding the application and Defendant's attorney had no objection. Accordingly, Plaintiff's ex parte application for leave to file a late reply is GRANTED.

IT IS SO ORDERED.

Dated:   **December 11, 2009**            **/s/ Dennis L. Beck**
                                                         UNITED STATES MAGISTRATE JUDGE

1